UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

MARY ANN GUINTA,

                Plaintiff,

   -against-                                                   6:04-CV-0125
                                                                           (LEK/DEP)

JO ANNE BARNHART, Commissioner
of Social Security,

                Defendant.

## **<u>DECISION AND ORDER</u>**

This matter comes before the Court following a Report-Recommendation filed on April 4, 2006, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York. Report-Rec. (Dkt. No. 16). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff Mary Ann Guinta, which were filed on April 6, 2006, and the response by the Commissioner of Social Security, which was filed on April 10, 2006. Objections (Dkt. No. 17); Response (Dkt. No. 18).

It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b). "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." <u>Id.</u> This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

1

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 16) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's motion for judgment on the pleadings is **GRANTED**, the Commissioner determination of no disability is **AFFIRMED**, and Plaintiff's complaint in this action is **DISMISSED** in all respects; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   September 29, 2006
         Albany, New York

Lawrence E. Kahn
U.S. District Judge

2